**STATE of Missouri, Respondent,**

v.

**Kevin B. HAIGHT, Appellant.**

**No. WD 74746.**

Missouri Court of Appeals, Western District.

April 30, 2013.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for respondent.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for appellant.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

## Order

PER CURIAM:

Kevin B. Haight appeals his conviction, following a jury trial in the Circuit Court of Clay County, Missouri, of forcible rape. Mr. Haight argues that the trial court erred in sustaining an evidentiary objection by the State. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).